UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE MONTERRUBIO, individually and on behalf of similarly situated,

       Plaintiff,

   v.

BEST BUY STORES, L.P.,

       Defendant.
_____/

No. 2:11-cv-03270-MCE-CKD

PRETRIAL SCHEDULING ORDER

    After reviewing the parties' Joint Status Report, the Court makes the following Pretrial Scheduling Order.

    I.   SERVICE OF PROCESS

    All named Defendants have been served and no further service is permitted without leave of court, good cause having been shown.

    II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

    No joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. The Court will grant, however, the parties' request to amend their pleadings and/or join additional parties up to and including **April 26, 2012.**

1

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. section 1332. Jurisdiction and venue are not contested.

IV. DISCOVERY

The Court grants the parties' request to bifurcate the discovery process. All discovery in Phase I shall be limited to facts that are relevant to whether this action should be certified as a class action and shall be completed by **October 11, 2012.** In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

The Court grants the parties' request that each party may be allowed to propound 35 interrogatories to the other party. In addition, the parties may exceed the deposition limit set forth in Fed.R.Civ.P. 30(a)(2)(A) in the event either party files more than 10 declarations of putative class members.

V.  CLASS CERTIFICATION

The Class Certification Hearing is set for **March 21, 2013, at 2:00 p.m.** The parties shall comply with the following filing deadlines:

    Certification motion    filed by **December 11, 2012**
    Opposition              filed by **January 25, 2013**
    Reply                   filed by **March 1, 2013**

///

Case 2:11-cv-03270-MCE-AC   Document 13   Filed 03/27/12   Page 3 of 3