1

2   (Attorney Information Listed on Next Page)

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12   JORGE MONTERRUBIO,                    CASE NO. 2:11-CV-03270-MCE-CKD
13   individually and on behalf of all
     others similarly situated,

14                                         **CLASS ACTION**
15                          Plaintiff,
                                           **ORDER GRANTING THE**
16   v.                                    **PARTIES'JOINT STIPULATION**
                                           **TO EXTEND PHASE I CLASS**
17   BEST BUY STORES, L.P., a              **CERTIFICATION DISCOVERY**
     Virginia Limited Partnership, and     **DEADLINE TO FACILITATE**
18   DOES 1 THROUGH 100 ,                  **PRIVATE MEDIATION**
19
                           Defendants.     Judge: Hon. Morrison C. England, Jr
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ACKERMANN & TILAJEF, P.C.**
CRAIG ACKERMANN, SBN 229832
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: 310.277.0614
Fax: 310.277.0635
cja@laborgators.com

**MICHAEL MALK, ESQ., APC**
MICHAEL MALK, ESQ., SBN 222366
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: 310.203.0016
Fax: 310.499.5210
mm@malklawfirm.com

**Attorneys for Plaintiff**
**JORGE MONTERRUBIO**

**MORGAN, LEWIS & BOCKIUS LLP**
REBECCA EISEN, SBN 096129
STEPHEN L. TAEUSCH, SBN 247708
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
staeusch@morganlewis.com

**Attorneys for Defendant**
**BEST BUY STORES, L.P.**

## ORDER

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation Requesting an Extension of the Phase I Class Certification Discovery Deadline,

IT IS HEREBY ORDERED THAT:

1.    All discovery in Phase I, limited to facts relevant to whether this action should be certified as a class action, be completed by December 11, 2012.

**IT IS SO ORDERED.**

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE