1
2  (Attorney Information Listed on Next Page)
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA
11  `
12  JORGE MONTERRUBIO,
13  individually and on behalf of all          CASE NO. 2:11-CV-03270-MCE-CKD
    others similarly situated,
14                                             **CLASS ACTION**
15                    Plaintiff,
                                               **ORDER VACATING ALL
16  v.                                         OUTSTANDING HEARINGS AND
                                               DEADLINES AND SETTING
17  BEST BUY STORES, L.P., a                   HEARING DATE FOR MOTION
    Virginia Limited Partnership, and          FOR PRELIMINARY APPROVAL
18  DOES 1 THROUGH 100,                        OF CLASS ACTION
                                               SETTLEMENT**
19
20                    Defendants.              Judge: Hon. Morrison C. England, Jr
21
22
23
24
25
26
27
28

**ACKERMANN & TILAJEF, P.C.**
CRAIG ACKERMANN, SBN 229832
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: 310.277.0614
Fax: 310.277.0635
cja@laborgators.com

**MICHAEL MALK, ESQ., APC**
MICHAEL MALK, ESQ., SBN 222366
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: 310.203.0016
Fax: 310.499.5210
mm@malklawfirm.com

**Attorneys for Plaintiff**
**JORGE MONTERRUBIO**

**MORGAN, LEWIS & BOCKIUS LLP**
REBECCA EISEN, SBN 096129
STEPHEN L. TAEUSCH, SBN 247708
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
staeusch@morganlewis.com

**Attorneys for Defendant**
**BEST BUY STORES, L.P.**

## ORDER

In light of the parties' agreement to settle the above-referenced matter on a class-wide basis; the parties' request to present their proposed class action settlement to the Court for preliminary approval; and insofar as both parties have stipulated to as much, IT IS HEREBY ORDERED:

That all outstanding hearings and deadlines, including the hearing for Plaintiff's Motion for Class Certification, currently set for March 21, 2013, and all related deadlines, are hereby vacated without prejudice to their re-setting if this Court does not approve of the parties' Settlement Agreement. Plaintiff will file his Motion for Preliminary Approval of Class Action Settlement within 60 days from the date this Order is electronically filed, and such motion will be heard on January 24, 2013 at 9 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE